CO-386-online
10/03

# United States District Court
# For the District of Columbia

VIRBAC CORPORATION )
)
)
)
                 Plaintiff )    Civil Action No._____
VS )
CHANELLE PHARMACEUTICALS MANUFACTURING LTD., )
HARTZ MOUNTAIN CORPORATION, MICHAEL BURKE, )
VINAY TRIPATHI, ALBERT AHN, AND IAN COTTRELL )
)
                 Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __VIRBAC CORPORATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __VIRBAC CORPORATION__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                         Attorney of Record
                         _[signature]_
                         Signature

__425945__
BAR IDENTIFICATION NO.

Richard D. Horn
Print Name

Bracewell & Giuliani LLP, 2000 K Street, NW  Suite 500
Address

Washington, DC  20006-1872
City         State        Zip Code

202-828-5835
Phone Number