UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
VIRBAC CORPORATION                         )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 ) CIVIL ACTION NO. 05-01128 (RMU)
                                           )
CHANELLE PHARMACEUTICALS                   )
MANUFACTURING LTD., et al.                 )
                                           )
        Defendants.                        )
                                           )
-----------------------------------------------------------x
```

## ENTRY OF APPEARANCE

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of defendant Chanelle Pharmaceuticals Manufacturing Ltd.

Respectfully submitted:

By: ___/s_____
L. Barrett Boss, D.C. Bar #398100
COZEN O'CONNOR
1667 K Street, NW, Suite 500
Washington, D.C. 20006
(202) 912-4800

Counsel for Chanelle Pharmaceuticals
Manufacturing Ltd.

Dated: August 3, 2005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of August, 2005, a copy of the foregoing Entry of Appearance was served via the electronic filing service upon:

Richard D. Horn, Esquire
Bracewell & Giuliani LLP
2000 K Street, NW Suite 500
Washington, D.C.  20006

                                                  /s_____
                                               L. Barrett Boss