UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHANELLE PHARMACEUTICALS )<br>MANUFACTURING LTD. )<br>)<br>)<br>)<br>Defendant. )<br>)<br>) | **CIVIL ACTION NO. 05-01128 (RMU)** |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT JOHN C. BARNOSKI *PRO HAC VICE***

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of John C. Barnoski to represent Defendant Chanelle Pharmaceuticals Manufacturing Ltd. as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of John C. Barnoski incorporated herein by reference.

                                          Respectfully submitted,

                                      _____/s_____
                                      L. BARRETT BOSS
                                      Bar No. 398100
                                      Cozen O'Connor
                                      1667 K Street, NW, Suite 500
                                      Washington, DC  20006
                                      (202) 912-4800
                                      (202) 912-4830 (Facsimile)
Date:  August 3, 2005                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 3 day of August, 2005, a true and correct copy of the Motion and Incorporated Memorandum to Admit John C. Barnoski *Pro Hac Vice* was served via the electronic filing service upon:

Richard D. Horn, Esquire
Bracewell & Giuliani LLP
2000 K Street, NW Suite 500
Washington, D.C. 20006

       /s_____
L. BARRETT BOSS