UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION<br>3200 Meacham Boulevard<br>Ft. Worth, TX 76137<br><br>     Plaintiff,<br><br>   v.<br><br>CHANELLE PHARMACEUTICALS<br>MANUFACTURING LTD.<br>Athenry Road, Loughrea<br>Co. Galway, Ireland, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-01128 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT OF JOHN C. BARNOSKI

John C. Barnoski, through local counsel and pursuant to District Court Local Rule 83.2(d), moves for admission *pro hac vice*. In support of this Motion, counsel offers the following:

1. Full Name: John C. Barnoski

2. Office address and telephone:

   Cozen O'Connor
   1900 Market Street
   Philadelphia, PA 19103
   Telephone: (215) 665-4681
   Fax: (215) 701-2281

3. Bar Admission: Pennsylvania and New Jersey. In addition, I have been admitted to the bars of the United States District Court for the Eastern and Middle Districts of Pennsylvania and the United States District Court for the District of New Jersey.

4. Discipline: I have not been disciplined by any bar.

5. Prior Admission *Pro Hac Vice* to this Court: None.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment according to law.

Dated: August 1, 2005

*John C. Barnoski*
John C. Barnoski
Bar No. 81039
Cozen O'Connor
1900 Market Street, 7th Floor
Philadelphia, PA 19103
p 215-665-4681
f 215-701-2281
jbarnoski@cozen.com