UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION<br>3200 Meacham Boulevard<br>Ft. Worth, TX 76137<br><br>    Plaintiff,<br><br>v.<br><br>CHANELLE PHARMACEUTICALS<br>MANUFACTURING LTD.<br>Athenry Road, Loughrea<br>Co. Galway, Ireland, et al<br><br><br>    Defendants. | )<br>)<br>)<br>)<br>)    **CIVIL ACTION NO. 05-01128 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of John C. Barnoski. The Motion is GRANTED, and it is hereby

ORDERED that Mr. Barnoski is admitted *pro hac vice* to represent Defendant Chanelle Pharmaceuticals Manufacturing LTD in the above-captioned action.

_____
Ricardo M. Urbina
United States District Judge

Dated: _____

Copies to:
All counsel of record via electronic filing.