UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHANELLE PHARMACEUTICALS )<br>MANUFACTURING LTD., et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-01128 (RMU) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 OF DEFENDANT CHANELLE PHARMACEUTICALS MANUFACTURING, LTD.**

Defendant Chanelle Pharmaceuticals Manufacturing, Ltd. (hereinafter "CHANELLE"), by and through its attorneys, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, states that CHANELLE is a wholly owned subsidiary of Chanelle Pharma Holdings Limited which in turn is a wholly owned subsidiary of Chanelle Property. All of the aforementioned companies are organized under the laws of Ireland. No publicly held company owns more than 10% of CHANELLE or of the other two companies.

Respectfully submitted,

_/s/ L. Barrett Boss_
L. BARRETT BOSS
Bar No. 398100
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, DC  20006
(202) 912-4800
(202) 912-4830 (Facsimile)
Attorneys for Defendants Chanelle
Pharmaceuticals Manufacturing Ltd.
and Michael Burke

Date:  August 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of August, 2005, a true and correct copy of the foregoing Corporate Disclosure was served via the electronic filing service upon:

Richard D. Horn, Esquire
Bracewell & Giuliani LLP
2000 K Street, NW Suite 500
Washington, D.C. 20006


_____
L. BARRETT BOSS