**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIRBAC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01128 (RMU) |
| | ) | |
| CHANELLE PHARMACEUTICALS | ) | |
| MANUFACTURING LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT THE HARTZ MOUNTAIN
CORPORATION'S LOCAL RULE 7.1 CERTIFICATE OF DISCLOSURE**

I, the undersigned counsel of record for Defendant The Hartz Mountain

Corporation ("Hartz"), certify that to the best of my knowledge and belief, the following

are parent companies, subsidiaries or affiliates of Hartz which have any outstanding

securities in the hands of the public: Sumitomo Corporation, which owns 40% of Hartz's

stock. These representations are made in order that judges of this court may determine

the need for recusal.

Dated: September 30, 2005.

Respectfully submitted,

Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

Eric S. Aronson
Douglas R. Weider
Todd L. Schleifstein (D.C. Bar No. 458932)
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932
Tel:   (973) 360-7900
Fax:   (973) 301-8410

*Counsel for Defendants*
  *The Hartz Mountain Corporation,*
  *Albert Ahn and Ian Cottrell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006

_____
Timothy C. Bass