IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRBAC CORPORATION,               )
3200 Meacham Boulevard            )
Ft. Worth, Texas 76137            )
                                  )
            Plaintiff,            )
                                  )
    v.                            )   Case No. 1:05CV01128 (RMU)
                                  )
CHANELLE PHARMACEUTICALS          )
MANUFACTURING LTD.                )
Athenry Road, Loughrea            )
County Galway, Ireland            )
                                  )
    and                           )
                                  )
HARTZ MOUNTAIN CORPORATION        )
400 Plaza Drive                   )
Secaucus, New Jersey 07094        )
                                  )
    and                           )
                                  )
MICHAEL BURKE                     )
Athenry Road, Loughrea            )
County Galway, Ireland            )
                                  )
    and                           )
                                  )
VINAY TRIPATHI                    )
Athenry Road, Loughrea            )
County Galway, Ireland            )
                                  )
    and                           )
                                  )
ALBERT AHN                        )
43 Talbot Court                   )
Short Hills, New Jersey 07078     )
                                  )
    and                           )
                                  )

IAN COTTRELL                          )
10 Spencer Road                       )
Basking Ridge, New Jersey 07920       )
                                      )
         Defendants.                  )
                                      )
_____ )

### DEFENDANTS THE HARTZ MOUNTAIN CORPORATION, ALBERT AHN AND IAN COTTRELL'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE, OR ALTERNATIVELY, MOTION TO DISMISS COUNTS I, II AND III OF THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendants The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell (collectively, the "Hartz Defendants"), by and through counsel, hereby move this Court, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, to dismiss the Complaint for improper venue. Alternatively, the Hartz Defendants move this Court, pursuant to 28 U.S.C. § 1406(a), to transfer the venue of this action to the United States District Court for the District of New Jersey, as the action could have been brought in such judicial district and such transfer would be in the interests of justice. Alternatively, the Hartz Defendants move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Counts I, II and III of the Complaint with prejudice for failure to state a claim upon which relief can be granted.

In support of these Motions, the Hartz Defendants submit the accompanying memorandum of points and authorities and supporting declaration. Proposed orders are attached hereto.

AN ORAL HEARING ON THESE MOTIONS IS HEREBY REQUESTED.

Dated: September 30, 2005.

        Respectfully submitted,

        /s/

---
Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

Eric S. Aronson
Douglas R. Weider
Todd L. Schleifstein (D.C. Bar No. 458932)
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Counsel for Defendants*
  *The Hartz Mountain Corporation,*
  *Albert Ahn and Ian Cottrell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006

_____
Timothy C. Bass