

08/02/2005 14:27 FAX 2018660720                                                           ☑006

 **Eileen Bolton**
10/08/02 01:19 PM

To:  mburke@chanellegroup.ie
cc:  Bob Flynn/ML1@hartz, Bob Devine/ML1@hartz
Subject:  Message from Bob Devine

The following message is from Bob Devine:

Dear Dr. Burke:

This e-mail confirms our meeting of  Friday, November 1, in our Secaucus offices in New Jersey.   Please advise whether anyone will be accompanying you on this trip and if you need hotel reservations for October 31, November 1, or both.  For your information, we are planning dinner for the evening of November 1.

In the meantime, can we possibly purchase Fenbendazole wormer for distribution in the UK and Ireland? Also, can you provide us with a price for an insecticide shampoo to be distributed in the same markets? Please advise what sizes of your insecticide shampoo are available and the related pricing.  Our immediate need is to support our distributor, Thomas Cork, with Hartz-branded products.

Looking forward to your response.

Sincerely,


Robert Devine
President



Ø008

**REDACTED**



Carmel Delaney
<CIDelaney@chanelleg
roup.ie>

10/18/02 12:18 PM

To: "'ebolton@hartz.com'" <ebolton@hartz.com>
cc:
Subject: Visit to New York

Dear Bob,

Further to your email of 16th October, I wish to confirm that I have made a reservation at the following hotel;

**New York Palace Hotel**
**455 Madison Avenue**
**New York**
**NY 10022**
**212 888 7000**

**REDACTED**

Thank you for arranging for a car to pick me up, I look forward to seeing you on 1st November.

Many thanks and kindest regards,

Michael H Burke  M.V.B.  M.R.C.V.S.
Managing Director
Chanelle Group
Athenry Road
Loughrea
Co Galway
Tel: 00353 91 841788
Fax: 00353 91 847547
email address:  mburke@chanellegroup.ie
Web: www.chanellemedical.com

**REDACTED**

DISCLAIMER: This electronic mail message and any attached files are a confidential communication and are intended only for the addressee indicated in the message. If you are not the intended recipient, please note that any review, dissemination, disclosure, alteration, printing, circulation or transmission of this e-mail and/or any file or attachment transmitted with it, is prohibited and may be unlawful.If you have received this e-mail or any file/attachment ransmitted with it in error, please notify the Chanelle Group, Athenry Road, Loughrea, Co. Galway, Eire.  Telephone + 353 91 841788; Email Administrator@chanellegroup.ie mailto:Administrator@chanellegroup.ie>

**REDACTED**



☑007

   **Eileen Bolton**
10/21/02 03:39 PM

To: Carmel Delaney <ClDelaney@chanellegroup.ie>
cc:
Subject: Car Service - New York to Secaucus - 11/1/02 📄

Dear Michael:

We have arranged for Monroe Emerald Limousine Service to pick you up at the New York Palace Hotel at 8:15 a.m. on Friday, November 1.   Please look for them at the front entrance of the hotel.   We look forward to your visit.

Best regards,

Bob Devine

Carmel Delaney <ClDelaney@chanellegroup.ie>

   **Carmel Delaney**
**<ClDelaney@chanelleg**
**roup.ie>**
10/18/02 12:18 PM

To: "'ebolton@hartz.com'" <ebolton@hartz.com>
cc:
Subject: Visit to New York

Dear Bob,
Further to your email of 16th October, I wish to confirm that I have made a reservation at the following hotel;
**New York Palace Hotel**
**455 Madison Avenue**
**New York**
**NY 10022**
**212 888 7000**

REDACTED

Thank you for arranging for a car to pick me up, I look forward to seeing you on 1st November.

Many thanks and kindest regards,

Michael H Burke  M.V.B.  M.R.C.V.S.
Managing Director
Chanelle Group
Athenry Road
Loughrea
Co Galway
Tel: 00353 91 841788
Fax: 00353 91 847547
email address: mburke@chanellegroup.ie
Web: www.chanellemedical.com

DISCLAIMER: This electronic mail message and any attached files are a confidential communication and



# Hartz Mountain – Chanelle
# Pharmaceuticals
# Business Plan

*Meeting (Secaucus)*

*November 1, 2002*
*Bob Devine*
*Dr. Michael Burke*
*Alan Kezner*
*Bruce Inman*
*Albert Ahn*



**Bob Devine**
11/18/02 03:39 PM

To: Caroline Torpey <CTorpey@chanellegroup.ie>
cc: "'AAhn@hartz.com'" <AAhn@hartz.com>, Breda McCormack
   <BMcCormack@chanellegroup.ie>, Deirdre Colleran
   <dcolleran@chanellegroup.ie>
Subject: Re: Meeting

Michael:

Regarding your visit it was our distinct pleasure to meet and dine with you November 1, 2002.
Please note our comments in red following your synopsis of the meeting.

We are looking forward to a very long relationship with you and Chanelle.

Best regards,
Bob Devine

Caroline Torpey <CTorpey@chanellegroup.ie>



**Caroline Torpey**
<CTorpey@chanellegr
oup.ie>
11/06/02 10:24 AM

To: "'AAhn@hartz.com'" <AAhn@hartz.com>,
   "'BDevine@hartz.com'" <BDevine@hartz.com>
cc: Breda McCormack <BMcCormack@chanellegroup.ie>, Deirdre
   Colleran <dcolleran@chanellegroup.ie>
Subject: Meeting

Dear Bob and Albert,

Many thanks for your kind hospitality which you extended to me during our meeting at your
headquarters on Friday last. Many thanks again for the beautiful meal on Friday night, which I
thoroughly enjoyed. The following is a brief synopsis of our discussions: -

# REDACTED

REDACTED

# REDACTED

Many thanks and kind regards,
Michael H. Burke M.V.B. M.R.C.V.S.
Managing Director,
Chanelle Group,
Athenry Road,
Loughrea,
Co. Galway,
Ireland.
Tel: +353 91 841788
Fax: +353 91 847547
e-mail: mburke@chanellegroup.ie

DISCLAIMER: This electronic mail message and any attached files are a confidential communication and are intended only for the addressee indicated in the message. If you are not the intended recipient, please note that any review, dissemination, disclosure, alteration, printing, circulation or transmission of this e-mail and/or any file or attachment transmitted with it, is prohibited and may be unlawful.If you have received this e-mail or any file/attachment ransmitted with it in error, please notify the Chanelle Group, Athenry Road, Loughrea, Co. Galway, Eire.  Telephone + 353 91 841788; Email Administrator@chanellegroup.ie mailto:Administrator@chanellegroup.ie>