

TTA (Non-aqueous)
Project Plan
Highly Confidential Business Information
March 21, 2004

**REDACTED**

Project Requirements

**REDACTED**

**Site 1:   Chanelle (Ireland)**

**Pros**

**REDACTED**

**Cons**

**REDACTED**

### Site 2   Hartz/USA-Bloomfield Facility

Pros

**REDACTED**

Cons

**REDACTED**

REDACTED