

WR Invoice

All errors, shortages or breakages
must be advised within 24 hours.

Telephone (091) 841788
Email: sales@chanelleglobal
Telefax (091) 841805
VAT No. JE 9123456BJ

**INVOICE TO:**
CO Plaza Drive
Secaucus
New Jersey, 07094, USA

VAT NB.

**DELIVER TO:**
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey, 07094, USA

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|-------|----------|
| XX1020 | PRAZIQUANTEL | 1.00 | | | 1.00087732.50 | 86792.50 | F |
| XX1020 | PYRANTEL PAMOATE USP | 1.00 | | | 1.0027466.65 | 27466.65 | F |
| XX1020 | IVERMECTIN FDA | 1.00 | | | 1.00 126.60 | 126.60 | F |
| XX1020 | FENBENDAZOLE USP | 1.00 | | | 1.00 9670.00 | 9670.00 | F |
| XX1020 | FERBANTEL MICRONISED | 1.00 | | | 1.0010350.00 | 10350.00 | F |
| XX1020 | EXCIPIENTS | 1.00 | | | 1.0012830.27 | 12830.27 | F |

METHOD OF PAYMENT: UPON RECEIPT OF

All Prices in EURO

WAT CODE A
GOODS VALUE
VAT APPLIED

GOODS TOTAL
VAT TOTAL
TOTAL INVOICE