# INVOICE/DELIVERY NOTE

Charnelle Veronan

Loughrea Co. Galway Ireland

VAT Invoice

All errors and shortages of packages must be notified within 24 hours.

Telephone 00914 41728
Email sales@charnelle.com
VAT No. IE 9N234890

INVOICE To:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 - USA

SHIP To:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 - USA

| PAGE NO. | ACC NO. | CUST REF | DATE | INV NO. |
|---|---|---|---|---|
| | 492320 | 1H | 30/06/04 | 5004032 |

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| VX3001 | Hartz Salary Recharge | 1.00 | | 1.00 | 31972.93 | 31972.93 | F |
| 0001 | | | | | | | |
| XX1080 | .3 X ALLIANCE HPLC SYSTEMS AND SOFTWARE | 1.00 | | 1.00 | 140772.00 | 140772.00 | F |

METHOD OF PAYMENT UPON RECEIPT OF INVOICE

SIGNED: _____

Split Code

| VAT CODE AND RATE | GOODS VALUE | GOODS TOTAL | 172744.93 |
|---|---|---|---|
| 0.00% | 172744.93 | VAT TOTAL | 0.00 |
| | 0.00 | TOTAL INVOICE | 172744.93 |

NOTE: The property in the goods here subject of this contract remains the property of Charnelle Veronan until it has been paid for in full (see reservation).