08/25/2005 17:04 FAX 2018660720 ☑004

XP Invoice 1

Loughrea, Co. Galway, Ireland.

Telephone (091) 841788
Email: sales@chanellegroup.ie
Tele-fax (091) 841995
VAT No. IE 9Y23468 C

All errors, shortages or breakages must be advised within 24 hours.

| Pl | Ch | Pa |
|---|---|---|

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

VAT NO.

All Prices In EURO

A/C NO 493730
ORDER NO XP 209027
OUR REF IH EQUIPMENT
PAGE NO 1
DATE 5/06/03
INV NO 603345

'03 JUN 23 AM 11 08

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX1020 | LABORATORY EQUIPMENT | 1.00 | | 1.00 | 87217.50 | 87217.50 | F |
| | METHOD OF PAYMENT: UPON RECEIPT OF INVOICE | | | | | | |
| | OUR CODE CP-RD-786 | | | | | | |
| | SIGNED: *Imelda Ussin* | | | | | | |

*PO # 5936*

*Dr. Fisher,*
*Please advise*
*Rose Lee*
*x 7311*

*O.K. to pay*
*R. Fisher*
*6/26/03*

*Albert Ahn*
*July 16, 2003*

VAT CODE AND RATE 0.00% 87217.50

NOTE: