# Chondrie Veterinary

Loughmacrory, Co. Galway Ireland

## VAT Invoice / Delivery Note

All errors and shortages of packages must be advised within 24 hours

Telephone: 091 841728
Email: accounts@chondrie.ie
Freephone: 1800 ...
VAT No. IE 9h234880

| | |
|---|---|
| INVOICE TO: | |
| The Hertz Mountain Corporation | |
| 400 Plaza Drive | |
| Secaucus | |
| New Jersey 07094 - USA | |

All Prices in EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| VX3001 0001 | Hertz Salary Recharge | 1.00 | | 1.00 | 31972.93 | 31972.93 | F |
| XX1080 | 3 X ALLIANCE HPLC SYSTEMS AND SOFTWARE | 1.00 | | 1.00 | 140772.00 | 140772.00 | F |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |

SIGNED: _Donald Hobson_

Split Code
Old code 3670 460004
Old 047 ∎∎∎ 6700JS

31,974.93
~~141,772.00~~

| | | |
|---|---|---|
| VAT CODE AND RATE | | |
| F 0.000% | GOODS TOTAL | 172744.93 |
| GOODS VALUE | VAT TOTAL | 0.00 |
| 172744.93 | TOTAL INVOICE | 172744.93 |
| 0.00 | | |

NOTE: The property in the goods hereby supplied of this contract remains the property of Chondrie Veterinary until this account is paid in full (See Conditions)