# Chanelle

Loughrea, Co. Galway, Ireland

## INVOICE / DELIVERY NOTE

XD - Invoice

All errors, shortages or breakages must be advised within 24 hours.

Telephone: (091) 841788.
Email: sales@chanellegroup.ie
Tele-Fax: (091) 841985

VAT No. IE 9Y23468 G

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094  USA

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094  USA

A/C NO.     492730
ORDER NO.   XP 209686
OUR REF. 1H  SALARY CHARGE

PAGE NO:    1
DATE:       28/07/04
INV.NO:     604063

All Prices In EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX3001 0001 | Hartz Salary Recharge | 1.00 | | 1.00 | 8721.55 | 8721.55 | F |
| | SALARY CHARGE -PERIOD 1/07/04 - 31/07/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |
| | SIGNED: Imelda Hobbin | | | | | | |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett.

|  | GOODS TOTAL | 8721.55 |
|---|---|---|
|  | VAT TOTAL | 0.00 |
|  | TOTAL INVOICE | 8721.55 |

| VAT CODE AND RATE | GOODS VALUE | VAT APPLIED |
|---|---|---|
| F - 0.00% | 8721.55 | 0.00 |