# INVOICE / DELIVERY NOTE

*Chinelle Vedetta Ltd*

Loughrea, Co. Galway, Ireland

All errors, shortages or breakages
must be advised within 24 hours

Telephone (00) 815508
Email sales@chinellegroup
Tele-Fax (00) 815508

VAT No. IE 9322605

INVOICE TO: Mountain Corporation    DELIVER
100 Plaza Drive                     100 Plaza Drive
Secaucus                            Secaucus
New Jersey 07094  USA               New Jersey 07094  USA

ORDER NO                 PAGE NO

OUR REF                  INVOICE        DATE

All prices in EURO       SALARY CHARGE

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|-------|----------|
| | SALARY SALARY PACKAGE | | | | | 8,211.55 | |
| | SALARY CHARGE PERIOD 01/08/04 - 31/08/04 | | | | | | |
| | METHOD OF PAYMENT: UPON RECEIPT OF | | | | | | |

NOTE: The property in the goods the
subject of this contract remains
the property of Chinelle
Vedetta Ltd until the property in
full in respect of these goods has
been received.

Terms to apply

| VAT CODE AND RATE | | GOODS TOTAL | |
|---|---|---|---|
| GOODS VALUE | 0.00% | VAT TOTAL | |
| | 8,211.55 | 0.00 | |
| VAT APPLIED | | TOTAL INVOICE | 8,211.55 |