

# Chanelle Veterinary

Loughrea, Co. Galway, Ireland

Telephone: (091) 841788
Email: sales@chanellegroup.ie
Tele-Fax: (091) 841995

VAT No. IE 9Y23468 G

All errors, shortages or breakages must be advised within 24 hours.

INVOICE TO:

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094, USA

A/C NO.: 493730
PAGE NO.: 1
DATE: 21/09/04
INV NO.: 504147
OUR REF.: SALARY CHARGE

All Prices in EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX3001 0001 | Hartz Salary Recharge SALARY CHARGE PERIOD 01/09/04 – 30/09/04 METHOD OF PAYMENT UPON RECEIPT OF INVOICE | 1.00 | | 1.00 | 9183.00 | 9183.00 | E |

| VAT CODE AND RATE | | GOODS TOTAL | 9183.00 |
|---|---|---|---|
| GOODS VALUE | 0.00% 9183.00 | VAT TOTAL | 0.00 |
| VAT APPLIED | 0.00 | TOTAL INVOICE | 9183.00 |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett