**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------------x
VIRBAC CORPORATION                            )
                                              )
         Plaintiff,                           )
                                              )
    v.                                        )  CIVIL ACTION NO. 05-01128 (RMU)
                                              )
CHANELLE PHARMACEUTICALS                      )
MANUFACTURING LTD., et al.                    )
                                              )
         Defendants.                          )
                                              )
-----------------------------------------------------------x
```

## ENTRY OF APPEARANCE

      Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of defendant Michael Burke.

                                    Respectfully submitted:

                                      By:   /s                        
                                      L. Barrett Boss, D.C. Bar #398100
                                      COZEN O'CONNOR
                                      1667 K Street, NW, Suite 500
                                      Washington, D.C.  20006
                                      (202) 912-4800

                                      Counsel for Michael Burke

Dated: October 3, 2005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of October, 2005, a copy of the foregoing Entry of Appearance was served via the electronic filing service upon:

Richard D. Horn, Esquire
Bracewell & Giuliani LLP
2000 K Street, NW Suite 500
Washington, D.C.  20006

                                                  /s/
                                        L. Barrett Boss