IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHANELLE PHARMACEUTICALS )<br>MANUFACTURING LTD., et al., )<br>)<br>Defendants. ) | Case No. 1:05CV01128 (RMU) |

## NOTICE OF APPEARANCE OF TIMOTHY C. BASS

Pursuant to LCvR83.6(a), Timothy C. Bass and GREENBERG TRAURIG, LLP, hereby give notice of his entry of appearance on behalf of defendants The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell.

Dated: October 4, 2005.

Respectfully submitted,

_____
Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Tel:   (202) 331-3100
Fax:   (202) 331-3101

Eric S. Aronson
Douglas R. Weider
Todd L. Schleifstein (D.C. Bar No. 458932)
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932
Tel:   (973)360-7900
Fax:   (973)301-8410

*Counsel for Defendants*
   *The Hartz Mountain Corporation,*
   *Albert Ahn and Ian Cottrell*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street NW, Suite 500
Washington, DC 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street N.W., Suite 500
Washington, D.C. 20006

John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

_____
Timothy C. Bass