



Chanelle Pharmaceuticals Manufacturing Limited.

Loughrea,
Co. Galway,
Ireland.

Telephone
091-841788
Int. 353-91-841788

Telex,
50857, Burk EI.

Tele-fax,
091-842937/841303
Int. 353-91-842937



Your Ref.        Our Ref.        Date.

*Our Ref: MHB/ct*

Mr. Max Marx,
The Hartz Mountain Corporation,
400 Plaza Drive,
Secaucus,
New Jersey 07094,
USA.

**RECEIVED JAN 2 7 2003**

16th January 2003,

Dear Mr. Marx,

Many thanks for the two signed Confidential Licence and Supply Agreement. I have signed both and retained one for our files.

We look forward to developing a very successful business relationship with your company.

Please convey my thanks also to Bob and Albert.

Many thanks and kindest regards,

Michael H Burke M.V.B. M.R.C.V.S
Managing Director
Email address: mburke@chanellegroup.ie