



**Dr. Arima Das Nandy**
10/02/2003 04:52 PM

To: dcolleran@chanellegroup.ie, ccleary@chanellegroup.ie, vtripathi@chanellegroup.ie
cc: CTorpey@chanellegroup.ie, Dr. Albert Ahn/ML1@hartz, Dr. Richard Fisher/ML1@hartz, Dr. Go Untawale/ML1@hartz, Dr. Ian Cottrell/ML1@hartz
Subject: minutes of teleconference on 10/01/03

Dear Deirdre :

I am enclosing yesterday's teleconference minutes to everyone.    **REDACTED**

If you have any questions please let me know. Also, please acknowledge receipt of the fax.


MINUTES OF TODAY.doc

Sincerely,
Arima

## MINUTES OF ANTHELMINTIC MEETING HELD ON 10/01/03

10/02/03

<u>Attendees</u>: Albert Ahn, Richard Fisher, Ian Cottrell, Govind Untawale, Arima Das-Nandy, Deirdre Colleran, Catherine Cleary, Vinay Tripathi, Suszanne Spence

(1)

(2)

(3)

(4)

**REDACTED**

(5)

(6)

(7)

(8) <u>Stability studies</u> :

(9) Number of analytical samples and Statistics :

(10)

(11)            **REDACTED**

(12)

(13)

Case 1:05-cv-01128-RMU    Document 20-2    Filed 10/04/2005    Page 5 of 9

# MINUTES OF ANTHELMINTIC TELECONFERENCE

01/13/04

<u>Attendees</u> : Ian Cottrell, Arima Das-Nandy, Catherine Cleary, Vinay Tripathi, Suzanne Spence
<u>Time</u> : 9:20am – 9:40am.

(1) <u>Allhart Manufacturing Status</u> :

**REDACTED**

(2) <u>Fenbendazole 22.22% stability results</u> :

**REDACTED**

## MINUTES OF ANTHELMINTIC TELECONFERENCE

03/18/04

<u>Attendees</u> : Dr. Ian Cottrell, Dr. Arima Das-Nandy, Dr. Howard Richman, Dr. Govind Untawale, Dr. Richard Fisher, Dr. Albert Ahn, Max Marx, Suzanne Spence, Catherine Cleary, Colm Geoghegan.

<u>Time</u> : 11am – 12am.

**The following were Agenda items for the meeting :**

1. <u>Manufacture of DTA-NA and DTA-A</u> :

**REDACTED**

2. <u>Manufacture of TTA (A)</u> :

**REDACTED**

3. <u>Packaging for TTA (NA)</u> :

**REDACTED**

4. <u>Fenbendazole stability results (3 months)</u> :

**REDACTED**

5. <u>Any other issues</u> :

**REDACTED**

6. **Issues brought up by Howard, Max and other team members** :

**REDACTED**

**REDACTED**