

TTA (Non-aqueous)
Project Plan
Highly Confidential Business Information
March 21, 2004

**REDACTED**

<u>**Project Requirements**</u>

**REDACTED**

**Site 1: Chanelle (Ireland)**

**Pros**

REDACTED

**Cons**

REDACTED

### Site 2    Hartz/USA-Bloomfield Facility

#### Pros

**REDACTED**

#### Cons

**REDACTED**

REDACTED