

Loughrea, Co. Galway, Ireland.

Telephone (091) 841788
Email: sales@chanelle.ie
Telefax (091) 841805
VAT No. IE 9223456C

WR Invoice

All errors, shortages or breakages
must be advised within 24 hours.

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094, USA

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094, USA

VAT NO:

| | | | | | | | PAGE NO. | | |
| JO NO. | | | | | | | | 452730 | |
| ORDER NO. | | | | | | | | 209952 | |
| OUR REF. | | | | | | | | | |
| | | | | | | | INV NO. | | 863818 |

All Prices in EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|-------------|-------------|---------------|-----------|-------|----------|
| XX1020 | PRAZIQUANTEL | 1.00 | | 1.00 | 88732.50 | 88792.50 | F |
| XX1020 | PYRANTEL PAMOATE USP | 1.00 | | 1.00 | 27466.65 | 27466.65 | F |
| XX1020 | IVERMECTIN FDA | 1.00 | | 1.00 | 126.50 | 126.50 | F |
| XX1020 | FENBENDAZOLE USP | 1.00 | | 1.00 | 9670.00 | 9670.00 | F |
| XX1020 | FERBANTEL MICRONISED | 1.00 | | 1.00 | 10350.00 | 10350.00 | F |
| XX1020 | EXCIPIENTS | 1.00 | | 1.00 | 12830.27 | 12830.37 | F |

METHOD OF PAYMENT: UPON RECEIPT OF

TRANSACTION DESCRIPTION
EFT DEBIT

TRAN TYPE   OUR REF. NO.   AVL TIME   DATE   S/R
ACH   08456096610   SAME   062   19/02/04

| VAT CODE AT | GOODS VALUE | | | | GOODS TOTAL | 157238613 |
| | | | | | VAT TOTAL | 0.00 |
| VAT APPLIED | | | | | TOTAL INVOICE | 157238.13 |