Chandte Veterman

Loughrea Co. Galway Ireland

INVOICE/DELIVERY NOTE

VAT Invoice

All errors and shortages or damages must be notified within 24 hours

Telephone 0091 44728
Email adesono@anfeld.oubif8/s
Inter Fax (095)360395
VAT NO. IE 9K234880

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 - USA

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 - USA

79.1 NE

All Prices in EURO

A/C NO.  493720
ORDER NO.  208677
OUR REF.  TH
P&E NO.
DATE  30/06/04
INV NO.  5004032

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|-------|----------|
| VX3001 | Hartz Salary Recharge | 1.00 | | 1.00 | 31972.93 | 31972.93 | F |
| 0001 | | | | | | | |
| VX1080 | 3 X ALLIANCE HPLC SYSTEMS AND SOFTWARE | 1.00 | | 1.00 | 140772.00 | 140772.00 | F |
| | METHOD OF PAYMENT UPON RECEIPT OF | | | | | | |
| | INVOICE | | | | | | |
| | SIGNED: | | | | | | |

Split Code
010 0045 3670 460004
010 047 6/00/S
31,974.93
141,772.10

| VAT CODE AND RATE | GOODS VALUE | | | | GOODS TOTAL | 172744.93 |
|-------------------|-------------|--|--|--|-------------|-----------|
| F 0.00% | 172744.93 | | | | VAT TOTAL | 0.00 |
| | 0.00 | | | | TOTAL INVOICE | 172744.93 |

NOTE: The property in the goods the subject of this contract remains the property of Chandate Veterman until the amount is paid in full (See Conditions)