# Chondrie Veterinary

Loughrea Co. Galway Ireland

**INVOICE/DELIVERY NOTE**

VAT Invoice

All errors and shortages of overages must be notified within 24 hours

INVOICE To:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 – USA

SHIP To:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 – USA

All Prices in EURO

Telephone 00914434728
Email Sales.Chondrie@01d.ie
Reg. No. (051)560395

VAT No. IE9(023488Q

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| VX3001 001 | Hartz Salary Recharge | 1.00 | | 1.00 | 31972.93 | 31972.93 | F |
| XX1080 | .3 X ALLIANCE HPLC SYSTEMS AND SOFTWARE | 1.00 | | 1.00 | 140772.00 | 140772.00 | F |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |

SIGNED: _Daniel Hobson_

Split Code
Old code 3b70 460004
Old account 6700S

PO NO.: 493720
ORDER No.: 000BHxxXP 209897
STREET: 1H
DATE: 30/06/2004
INV No.: 6004032

SALES CHARGE:

31974.93
141.772.30

| | | | GOODS TOTAL | 172744.93 |
|---|---|---|---|---|
| | | | VAT TOTAL | 0.00 |
| | | | TOTAL INVOICE | 172744.93 |

NOTE: The property in the goods is subject of this contract remains the property of Chondrie Veterinary until this account is paid in full. (See Terms overleaf)

| VAT CODE AND RATE | GOODS VALUE |
|---|---|
| 0.000% | 0.00 |
| 172744.93 | |