# Chanelle

Loughrea, Co. Galway, Ireland

Telephone: (091) 841788.
Email: sales@chanellegroup.ie
Tele-Fax: (091) 841985

VAT No. IE 9Y23468 C

## INVOICE / DELIVERY NOTE

XP-Invoice

All errors, shortages or breakages
must be advised within 24 hours.

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

A/C NO.   492730

ORDER NO. XP-209686

OUR REF. IH SALARY CHARGE

PAGE NO:   1

DATE:   28/07/04

INV.NO:   604063

All Prices In EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|-------|----------|
| XX3001 | Hartz Salary Recharge | 1.00 | | 1.00 | 8721.55 | 8721.55 | F |
| 0001 | SALARY CHARGE -PERIOD 1/07/04 - 31/07/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |
| | SIGNED: Imelda Hobbin | | | | | | |

NOTE: The property in the goods the
subject of this contract remains
the property of Chanelle
Veterinary until this account
is paid in full. (See Reverse Side)

Terms: 30 days nett.

GOODS TOTAL   8721.55
VAT TOTAL   0.00
TOTAL INVOICE   8721.55

| VAT CODE AND RATE | F 0.00% |
|---|---|
| GOODS VALUE | 8721.55 |
| VAT APPLIED | 0.00 |