# Chanelle Veterinary

Loughrea, Co. Galway, Ireland

Telephone (091) 841788
Email:sales@chanellegroup.ie
Tele-Fax (091) 841935

VAT No: IE 9Y23468 G

**INVOICE TO:**

**DELIVER TO:**
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094, USA

A/C NO: 493736
PAGE NO: 1
DATE: 31/03/04
INV NO: 604147
OUR REF: IH

All Prices in EURO   SALARY CHARGE

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX3001 | Hartz Salary Recharge | 1.00 | | 1.00 | 9183.00 | 9183.00 | E |
| 0001 | SALARY CHARGE PERIOD 01/09/04 - 30/09/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF | | | | | | |

| VAT CODE AND RATE | | | GOODS TOTAL | 9183.00 |
|---|---|---|---|---|
| GOODS VALUE | 0.00% | 9183.00 | VAT TOTAL | 0.00 |
| VAT APPLIED | | 0.00 | TOTAL INVOICE | 9183.00 |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett

All errors, shortages or breakages must be advised within 24 hours.