IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )   Case No. 1:05CV01128 (RMU)<br>                              )<br>CHANELLE PHARMACEUTICALS    )<br>MANUFACTURING LTD., et al.,  )<br>                              )<br>     Defendants.             ) | |

**NOTICE OF FILING ADDITIONAL EXHIBITS ATTACHED
TO DECLARATION OF ERIC S. ARONSON**

Defendants, The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell, give notice of filing Exhibits E through M which are attached to the Certification of Dr. Albert Ahn. The Certification of Dr. Ahn, in turn, is attached as Exhibit 2 to Declaration of Eric S. Aronson in Support of Motion of Defendants The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell to Dismiss for Improper Venue, or Alternatively, to Transfer Venue, and to Dismiss Counts I, II and III of Complaint for Failure to State a Claim Upon Which Relief Can Be Granted.

Dated: October 4, 2005.

Respectfully submitted,

/s/ signature

Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Tel:    (202) 331-3100
Fax:    (202) 331-3101

Eric S. Aronson
Douglas R. Weider
Todd L. Schleifstein (D.C. Bar No. 458932)
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932
Tel:    (973)360-7900
Fax:    (973)301-8410

*Counsel for Defendants*
   *The Hartz Mountain Corporation,*
   *Albert Ahn and Ian Cottrell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street NW, Suite 500
Washington, DC 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street N.W., Suite 500
Washington, D.C. 20006

John C. Barnoski
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

_____
Timothy C. Bass