08/25/2005 17:04 FAX 2018660720 ☑004

XP Invoice 1

Loughrea, Co. Galway, Ireland.

Telephone: (091) 841788
Email: sales@chanellegroup.ie
Tele-fax: (091) 841995
VAT No. IE 9Y23468 C

All errors, shortages or breakages must be advised within 24 hours.

| Pl | Ch | Pa |
|---|---|---|
| | | |

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

VAT NO.

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

All Prices In EURO

A/C NO. 493730
ORDER NO. XP 209057
OUR REF. IH EQUIPMENT
PAGE NO. 1
DATE [illegible]
INV. NO. [illegible]

03 SEP -8 AM 11

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX1020 | LABORATORY EQUIPMENT | 1.00 | 0 | 1.00 | 87217.50 | 87217.50 | F |
| | METHOD OF PAYMENT: UPON RECEIPT OF INVOICE | | | | | | |
| | OUR CODE CP-RD-786 | | | | | | |
| | SIGNED: [illegible signature] | | | | | | |

P.O. # 5936

Dr. Fisher,
Please advise
[illegible signature]
x 7311

O.K. to pay
R. Fisher
6/26/03

[illegible signature]
July 10 2003

03 JUL 23 AM 11:08

VAT CODE AND RATE 0.00% 87217.50

NOTE: [illegible]