# Chondrie Veterion

Loughrea, Co. Galway, Ireland

## INVOICE/DELIVERY NOTE

VAT Invoice

All errors and changes of meanings must be notified within 24 hours

Telephone: 00[illegible]
Email: [illegible]
Web: [illegible]
VAT No: IE9[illegible]

INVOICE To:
The Hertz Mountain Corporation
900 Plaza Drive
Secaucus
New Jersey 07094 - USA

DELIVER To:
The Hertz Mountain Corporation
900 Plaza Drive
Secaucus
New Jersey 07094 - USA

PAGE No.
A/C No.: 493720
CUST REF:
Sales Charge:

All Prices in EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|--------|----------|
| VX3001 0001 | Hartz Salary Recharge | 1.00 | | 1.00 | 31972.93 | 31972.93 | F |
| XX1080 | 3 X ALLIANCE HPLC SYSTEMS AND SOFTWARE | 1.00 | | 1.00 | 140772.00 | 140772.00 | F |

METHOD OF PAYMENT UPON RECEIPT OF INVOICE

SIGNED: _[signature]_

_[handwritten: Split Code]_
_[handwritten: 31,974.93 - 140,772.00]_

| VAT CODE AND RATE | | GOODS TOTAL | 172744.93 |
|---|---|---|---|
| F | 0.000% 172744.93 | VAT TOTAL | 0.00 |
| | 0.00 | TOTAL INVOICE | 172744.93 |

VAT CODE 'F'
GOODS VALUE
STAPLED

NOTE: The property in the goods
the subject of this contract remains
the property of Chondrie
Veterion until fully
paid in full (See Terms Overleaf)

08/23/2006 17:06 FAX 2018860720