# Chanelle

Loughrea, Co. Galway, Ireland

## INVOICE / DELIVERY NOTE

XD-Invoice

All errors, shortages or breakages must be advised within 24 hours.

Telephone: (091) 841788.
Email: sales@chanellegroup.ie
Tele-Fax: (091) 841985

VAT No. IE 9Y23468 C

INVOICE TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

IT NO.

DELIVER TO:
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

A/C NO.  493730
ORDER NO. XP 209686
OUR REF. IH   SALARY CHARGE

PAGE NO:  1
DATE:  28/07/04
INV.NO:  604063

All Prices In EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|------|-------------|--------------|-------------|----------------|------------|--------|----------|
| XX3001 0001 | Hartz Salary Recharge | 1.00 | | 1.00 | 8721.55 | 8721.55 | F |
| | SALARY CHARGE -PERIOD 1/07/04 - 31/07/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |
| | SIGNED: Imelda Hobbin | | | | | | |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett.

| | | GOODS TOTAL | 8721.55 |
|---|---|---|---|
| | | VAT TOTAL | 0.00 |
| | | TOTAL INVOICE | 8721.55 |

| VAT CODE AND RATE | GOODS VALUE | VAT APPLIED |
|-------------------|-------------|-------------|
| F   0.00% | 8721.55 | 0.00 |