08/26/2005 17:05 FAX 2018660720 008

Chanelle Veterinary

Loughrea, Co. Galway, Ireland

# INVOICE / DELIVERY NOTE

XP Invoice

All errors, shortages or breakages must be advised within 24 hours.

Telephone: (091) 841788
Email: sales@chanellegroup.ie
Tele-Fax: (091) 841996

VAT No. IE 9Y23468 C

| Pl | |
|---|---|
| Ch | |
| Pa | |

INVOICE TO: The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

DELIVER TO: The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094 USA

A/C NO. 493730
XP 209722

PAGE NO. 1

ORDER NO. 0

DATE 27/08/04

VAT NO.

All Prices in EURO

OUR REF. TH
SALARY CHARGE

INV NO. 604101

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX8001 0001 | Hartz Salary Recharge | 1.00 | | 1.00 | 8721.55 | 8721.55 | 2 |
| | SALARY CHARGE PERIOD 01/08/04 - 31/08/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF | | | | | | |

[signature]

| | | | | |
|---|---|---|---|---|
| VAT CODE AND RATE | 0.00% | | | |
| GOODS VALUE | 8721.55 | | | |
| VAT APPLIED | 0.00 | | | |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett.

| | |
|---|---|
| GOODS TOTAL | 8721.55 |
| VAT TOTAL | 0.00 |
| TOTAL INVOICE | 872[illegible].55 |