

## Chanelle Veterinary

Loughrea, Co. Galway, Ireland

Telephone (091) 841788
Email:sales@chanellegroup.ie
Tele-Fax (091) 841935

VAT No. IE 9Y23468 C

**INVOICE TO:**

**DELIVER TO:**
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus
New Jersey 07094, USA

| A/C NO. | PAGE NO. |
|---|---|
| 493730 | 1 |

Your Order No. & Date: 5465

DATE: 21/09/04
INV. NO.: 504147
OUR REF: SALARY CHARGE

VAT NO:

All Prices in EURO

| CODE | DESCRIPTION | QTY. ORDERED | QTY. FOLLOW | QTY. DELIVERED | UNIT PRICE | VALUE | VAT CODE |
|---|---|---|---|---|---|---|---|
| XX3001 | Hartz Salary Recharge | 1.00 | | 1.00 | 9183.00 | 9183.00 | E |
| 0001 | SALARY CHARGE PERIOD 01/09/04 - 30/09/04 | | | | | | |
| | METHOD OF PAYMENT UPON RECEIPT OF INVOICE | | | | | | |

NOTE: The property in the goods the subject of this contract remains the property of Chanelle Veterinary until this account is paid in full. (See Reverse Side)

Terms: 30 days nett

| VAT CODE AND RATE | | |
|---|---|---|
| GOODS VALUE | 0.00% | 9183.00 |
| VAT APPLIED | | 0.00 |

| GOODS TOTAL | 9183.00 |
|---|---|
| VAT TOTAL | 0.00 |
| TOTAL INVOICE | 9183.00 |