UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Virbac Corporation, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 1:05-cv-01128-RMU |
| v. : | |
| : | |
| Chanelle Pharmaceuticals : | |
| Manufacturing Limited, et al. : | |
| : | |
| Defendants. : | |

## CONSENT MOTION AND INCORPORATED STATEMENT
## TO ADMIT JOHN C. BARNOSKI *PRO HAC VICE*

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of John C. Barnoski to represent Defendant Michael Burke as co-counsel in the above captioned action. Mr. Barnoski has already been admitted *pro hac vice* in this action to represent Defendant Chanelle Pharmaceuticals Manufacturing Limited. All other counsel of record have consented the court's granting of this motion. In further support of this Motion, counsel offers the accompanying statement of John C. Barnoski incorporated by reference.

Respectfully submitted,

_____/s/_____
L. BARRETT BOSS
Bar Number 398100
Cozen O'Connor
1667 K Street, N.W., Suite 500
Washington, DC  20006
(202) 912-4800 – Telephone
(202) 912-4830 – Facsimile

Attorneys for Defendants
Chanelle Pharmaceuticals
Manufacturing Limited and

2

Dated: October 4, 2005                                        Michael Burke

## CERTIFICATE OF SERVICE

I hereby certify that on the 4TH day of October, 2005, a true and correct copy of the Motion and Incorporated Statement to Admit John C. Barnoski *Pro Hac Vice* was served via the electronic filing service upon:

Richard D. Horn
Bracewell & Giuliani LLP
2000 K Street, N.W.
Suite 500
Washington, DC  20006

and

Timothy Carrington Bass
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006


_____/s/_____
L. BARRETT BOSS