UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Virbac Corporation,                     :
                                        :
            Plaintiff,                  :
                                        :   Civil Action No.: 1:05-cv-01128-RMU
      v.                                :
                                        :
Chanelle Pharmaceuticals                :
Manufacturing Limited, et al.           :
                                        :
            Defendants.                 :

## STATEMENT OF JOHN C. BARNOSKI

John C. Barnoski, through local counsel and pursuant to District Court Local Rule 83.2(d), moves for admission *pro hac vice*. In support of this Motion, counsel offers the following:

1.   Full Name: John C. Barnoski

2.   Office address and telephone:

     Cozen O'Connor
     1900 Market Street
     Philadelphia, PA 19103
     Telephone: (215) 665-4681
     Fax: (215) 701-2281

3.   Bar Admission: Pennsylvania and New Jersey. In addition, I have been admitted to the bars of the United States District Court for the Eastern and Middle Districts of Pennsylvania and the United States District Court for the District of New Jersey.

4.   Discipline: I have not been disciplined by any bar.

5.   Prior Admission *Pro Hac Vice* to this Court: I was admitted *pro hac vice* to this Court on August 15, 2005 in connection with this litigation with respect to my representation of defendant Chanelle Pharmaceuticals Manufacturing Limited.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment according to law.

                                              John C. Barnoski
                                              Bar No. 81039
                                              Cozen O'Connor
                                              1900 Market Street, 7th Floor
                                              Philadelphia, PA 19103
                                              2155-665-4681 - Telephone
                                              215-701-2281 - Facsimile
Dated: October 4, 2005                    jbarnoski@cozen.com