## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Virbac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Chanelle Pharmaceuticals<br>Manufacturing Limited, et al.<br><br>    Defendants. | Civil Action No.: 1:05-cv-01128-RMU |

## **ORDER**

  This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of John C. Barnoski. The Motion is GRANTED, and it is hereby

  ORDERED that Mr. Barnoski is admitted *pro hac vice* to represent Defendant Michael Burke in the above captioned litigation.


Dated: _____     _____
                          The Honorable Ricardo M. Urbina
                          United States District Judge


Copies to:
All Counsel of Record via Electronic Filing