IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01128 |
| ) | Judge: Ricardo M. Urbina |
| CHANELLE PHARMACEUTICALS ) | |
| MANUFACTURING LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on the Consent Motion of Plaintiff, Virbac Corporation, for an Extension of Time, and upon consideration of the Motion and the record herein, it is this _____ day of _____, 2005 hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that Virbac Corporation shall have through and until October 18, 2005 to file its Memorandum of Points and Authorities in Opposition to the Motion to Dismiss filed by Defendants Hartz Mountain Corporation, Albert Ahn and Ian Cottrell.

_____
Judge Ricardo M. Urbina

cc:   Richard D. Horn, Esq.
      Bracewell & Giuliani LLP
      2000 K Street, N.W., Suite 500
      Washington, D.C. 20006

      Timothy C. Bass
      Greenberg Traurig, LLP
      800 Connecticut Avenue, N.W.
      Suite 500
      Washington, DC  20006

-2-

L. Barrett Boss
Cozen O'Connor, PC
1667 K Street, N.W., Suite 500
Washington, DC  20006


DC\207253.1