IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV01128 (RMU) |
| | ) |
| CHANELLE PHARMACEUTICALS | ) |
| MANUFACTURING LTD., *et al.*, | ) **STIPULATED MOTION** |
| | ) |
| Defendants. | ) |

Defendants The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell (collectively, the "Hartz Defendants"), by and through their undersigned counsel, hereby file this Stipulated Motion and, with the agreement of plaintiff Virbac Corporation ("Virbac"), request that the Court enter an Order providing as follows:

1. That the Hartz Defendants have until October 28, 2005 to submit reply papers in further support of the Hartz Defendants' September 30, 2005 Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Venue, and to Dismiss Counts I, II And III of the Complaint for Failure to State a Claim Upon Which Relief can be Granted.

2. That Virbac serve and file any Amended Complaint on the Hartz Defendants by no later than October 18, 2005.

Dated: October 12, 2005

Respectfully submitted,

_/s/_

Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

Eric S. Aronson
Douglas R. Weider
Todd L. Schleifstein (D.C. Bar No. 458932)
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Counsel for Defendants*
  *The Hartz Mountain Corporation,*
  *Albert Ahn and Ian Cottrell*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of October, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Richard D. Horn, Esq.
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006

John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103

 

_____
Timothy C. Bass