IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01128 (RMU) |
| ) | |
| CHANELLE PHARMACEUTICALS ) | |
| MANUFACTURING LTD., *et al.*, ) | **STIPULATED ORDER** |
| ) | |
| Defendants. ) | |

This matter came before the Court on the Stipulated Motion of Plaintiff Virbac Corporation ("Virbac") and defendants The Hartz Mountain Corporation, Albert Ahn and Ian Cottrell (collectively, the "Hartz Defendants"). Upon agreement of the parties, it is hereby **ORDERED** as follows:

1. The Hartz Defendants shall have until October 28, 2005 to submit reply papers in further support of their September 30, 2005 Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Venue, and to Dismiss Counts I, II And III of the Complaint for Failure to State a Claim Upon Which Relief can be Granted.

2. Virbac shall serve and file any Amended Complaint on the Hartz Defendants by no later than October 18, 2005.


Entered this _____ day of October, 2005.


_____
RICARDO M. URBINA
United States District Judge

1

Copies to:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006

John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103

Timothy C. Bass, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Ave., Suite 500
Washington, D.C. 20006

Todd L. Schleifstein
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932