

# Civil Justice Reform Act

Report of Motions Pending More Than Six Months,
Bench Trials Submitted More Than Six Months,
Bankruptcy Appeals Pending More Than Six Months,
Social Security Appeal Cases Pending More Than Six Months,
and Civil Cases Pending More Than Three Years on
September 30, 2004



Administrative Office of the United States Courts
Leonidas Ralph Mecham, Director

## Third Circuit

| District Judges and Magistrate Judges | Cases Pending | Motions Pending | Bench Trials Submitted | Bankruptcy Appeals | Social Security Appeal Cases |
|---|---|---|---|---|---|
| **DELAWARE** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| Thynge, Mary Pat | 2 | 7 | 1 | 0 | 0 |
| SUBTOTAL | 2 | 7 | 1 | 0 | 0 |
| **DISTRICT JUDGES** | | | | | |
| Farnan, Joseph J., Jr. | 18 | 21 | 1 | 3 | 0 |
| Robinson, Sue L. (CJ) | 13 | 0 | 1 | 1 | 0 |
| Sleet, Gregory M. | 8 | 39 | 0 | 24 | 2 |
| Jordan, Kent A. | 9 | 29 | 0 | 33 | 3 |
| Fullam, John P. (VJ) | 0 | 0 | 0 | 6 | 0 |
| Rodriguez, Joseph H. (VJ) | 0 | 0 | 0 | 2 | 0 |
| Robreno, Eduardo C. (VJ) | 0 | 4 | 0 | 4 | 0 |
| SUBTOTAL | 48 | 93 | 2 | 73 | 5 |
| DISTRICT TOTAL | 50 | 100 | 3 | 73 | 5 |
| **NEW JERSEY** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| Haneke, G. Donald | 0 | 0 | 0 | 0 | 0 |
| Hedges, Ronald J. | 0 | 0 | 0 | 0 | 0 |
| Rosen, Joel | 0 | 0 | 0 | 0 | 0 |
| Hughes, John J. | 0 | 0 | 0 | 0 | 0 |
| Wigenton, Susan D. | 0 | 1 | 0 | 0 | 0 |
| Arleo, Madeline Cox | 0 | 0 | 0 | 0 | 0 |
| Falk, Mark | 0 | 0 | 0 | 0 | 0 |
| Shwartz, Patty | 0 | 0 | 0 | 0 | 0 |
| Donio, Ann Marie | 0 | 0 | 0 | 0 | 0 |
| Bongiovanni, Tonianne J. | 0 | 0 | 0 | 0 | 0 |
| Knight, Edward R. | 0 | 0 | 0 | 0 | 0 |
| Mautone, Anthony R. | 0 | 0 | 0 | 0 | 0 |
| SUBTOTAL | 0 | 1 | 0 | 0 | 0 |
| **DISTRICT JUDGES** | | | | | |
| Brotman, Stanley S. | 3 | 2 | 0 | 0 | 0 |
| Debevoise, Dickinson R. | 9 | 10 | 0 | 0 | 4 |
| Thompson, Anne E. | 5 | 0 | 0 | 0 | 0 |
| Ackerman, Harold A. | 8 | 19 | 1 | 0 | 0 |
| Bissell, John W. (CJ) | 11 | 1 | 0 | 0 | 0 |
| Rodriguez, Joseph H. | 2 | 0 | 0 | 0 | 0 |
| Brown, Garrett E., Jr. | 2 | 0 | 1 | 0 | 0 |
| Lifland, John C. | 29 | 59 | 0 | 1 | 8 |
| Bassler, William G. | 9 | 10 | 0 | 0 | 1 |
| Cooper, Mary Little | 9 | 2 | 0 | 0 | 3 |

(CJ) = Chief Judge
(VJ) = Visiting Judge

## Third Circuit (Continued)

| District Judges and Magistrate Judges | Cases Pending | Motions Pending | Bench Trials Submitted | Bankruptcy Appeals | Social Security Appeal Cases |
|---|---|---|---|---|---|
| **NEW JERSEY (CONTINUED)** | | | | | |
| **DISTRICT JUDGES** | | | | | |
| Irenas, Joseph E. | 0 | 0 | 0 | 0 | 0 |
| Simandle, Jerome B. | 7 | 0 | 0 | 0 | 0 |
| Walls, William H. | 27 | 25 | 0 | 0 | 9 |
| Greenaway, Joseph A., Jr. | 16 | 8 | 1 | 0 | 6 |
| Hayden, Katharine S. | 6 | 0 | 0 | 0 | 0 |
| Hochberg, Faith S. | 1 | 6 | 0 | 0 | 0 |
| Pisano, Joel A. | 2 | 0 | 0 | 0 | 1 |
| Cavanaugh, Dennis M. | 11 | 0 | 0 | 1 | 10 |
| Martini, William J. | 13 | 5 | 0 | 0 | 8 |
| Linares, Jose L. | 41 | 23 | 0 | 0 | 0 |
| Chesler, Stanley R. | 11 | 16 | 0 | 0 | 3 |
| Kugler, Robert B. | 7 | 0 | 0 | 0 | 0 |
| Wolfson, Freda L. | 6 | 0 | 0 | 0 | 0 |
| Unassigned | 0 | 5 | 1 | 0 | 0 |
| **SUBTOTAL** | 235 | 191 | 4 | 2 | 53 |
| **DISTRICT TOTAL** | 235 | 192 | 4 | 2 | 53 |
| **PENNSYLVANIA EASTERN** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| Angell, M. Faith | 0 | 1 | 0 | 0 | 0 |
| Smith, Charles B. | 0 | 0 | 0 | 0 | 0 |
| Rapoport, Arnold C. | 0 | 0 | 0 | 0 | 0 |
| Welsh, Diane M. | 0 | 0 | 0 | 0 | 0 |
| Reuter, Thomas J. | 0 | 0 | 0 | 0 | 0 |
| Wells, Carol Sandra | 0 | 0 | 0 | 0 | 0 |
| Hart, Jacob P. | 0 | 0 | 0 | 0 | 0 |
| Caracappa, Linda K. | 0 | 0 | 0 | 0 | 0 |
| Scuderi, Peter B. | 0 | 0 | 0 | 0 | 0 |
| Rice, Timothy R. | 0 | 0 | 0 | 0 | 0 |
| **SUBTOTAL** | 0 | 1 | 0 | 0 | 0 |
| **DISTRICT JUDGES** | | | | | |
| Fullam, John P. | 4 | 10 | 0 | 2 | 1 |
| Weiner, Charles R. | 4 | 3 | 0 | 0 | 0 |
| Newcomer, Clarence C. | 2 | 2 | 0 | 0 | 0 |
| Green, Clifford Scott | 2 | 1 | 0 | 0 | 1 |
| Rodriguez, Joseph H. (VJ) | 0 | 0 | 0 | 3 | 0 |
| Pollak, Louis H. | 7 | 4 | 0 | 0 | 1 |
| Shapiro, Norma L. | 1 | 1 | 0 | 0 | 3 |
| Giles, James T. (CJ) | 23 | 4 | 0 | 0 | 1 |
| O'Neill, Thomas N., Jr. | 13 | 7 | 0 | 0 | 0 |
| Ludwig, Edmund V. | 1 | 0 | 0 | 0 | 0 |

(CJ) = Chief Judge
(VJ) = Visiting Judge

## Appendix A.
### Report on Motions Pending More Than Six Months, Bench Trials Pending More Than Six Months, Bankruptcy Appeals Pending More Than Six Months, Social Security Appeal Cases Pending More than Six Months, and Civil Cases Pending More Than Three Years on September 30, 2004

| District Judges and Magistrate Judges | Cases Pending | Motions Pending | Bench Trials Submitted | Bankruptcy Appeals | Social Security Appeal Cases |
|---|---|---|---|---|---|
| **DISTRICT OF COLUMBIA** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| Robinson, Debra Ann | 0 | 0 | 0 | 0 | 0 |
| Kay, Allan | 0 | 0 | 0 | 0 | 0 |
| Facciola, John M. | 2 | 0 | 0 | 0 | 0 |
| **SUBTOTAL** | 2 | 0 | 0 | 0 | 0 |
| **DISTRICT JUDGES** | | | | | |
| Bryant, William B. | 3 | 11 | 0 | 0 | 0 |
| Oberdorfer, Louis F. | 5 | 8 | 0 | 0 | 0 |
| Penn, John G. | 56 | 66 | 0 | 0 | 0 |
| Hogan, Thomas F. (CJ) | 26 | 5 | 0 | 0 | 0 |
| Lamberth, Royce C. | 7 | 14 | 0 | 0 | 0 |
| Kessler, Gladys | 10 | 24 | 0 | 0 | 0 |
| Friedman, Paul L. | 45 | 103 | 0 | 0 | 0 |
| Urbina, Ricardo M | 13 | 0 | 0 | 0 | 0 |
| Sullivan, Emmet G. | 22 | 0 | 0 | 0 | 0 |
| Robertson, James | 5 | 0 | 0 | 1 | 0 |
| Kollar-Kotelly, Colleen | 16 | 25 | 0 | 0 | 0 |
| Kennedy, Henry H., Jr. | 23 | 54 | 0 | 0 | 0 |
| Roberts, Richard W. | 37 | 95 | 0 | 0 | 0 |
| Huvelle, Ellen Segal | 1 | 1 | 0 | 0 | 0 |
| Walton, Reggie B. | 18 | 4 | 0 | 0 | 0 |
| Bates, John D. | 11 | 2 | 0 | 0 | 0 |
| Leon, Richard J. | 37 | 36 | 0 | 2 | 0 |
| Collyer, Rosemary M. | 3 | 10 | 0 | 0 | 0 |
| **SUBTOTAL** | 338 | 458 | 0 | 3 | 0 |
| **DISTRICT TOTAL** | 340 | 458 | 0 | 3 | 0 |
| **CIRCUIT TOTAL** | 340 | 458 | 0 | 3 | 0 |

(CJ) = Chief Judge
(VJ) = Visiting Judge

9

## Fifth Circuit (Continued)

| District Judges and Magistrate Judges | Cases Pending | Motions Pending | Bench Trials Submitted | Bankruptcy Appeals | Social Security Appeal Cases |
|---|---|---|---|---|---|
| **TEXAS NORTHERN** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| Sanderson, William F. | 0 | 0 | 0 | 0 | 0 |
| Averitte, Clinton E. | 0 | 0 | 0 | 0 | 0 |
| Kaplan, Jeffrey A. | 0 | 0 | 0 | 0 | 0 |
| Bleil, Charles M. | 1 | 0 | 0 | 0 | 0 |
| Stickney, Paul D. | 0 | 0 | 0 | 0 | 0 |
| Koenig, Nancy M. | 1 | 0 | 0 | 0 | 0 |
| Ramirez, Irma C. | 0 | 0 | 0 | 0 | 0 |
| Lane, Philip R. | 0 | 1 | 0 | 0 | 0 |
| Roach, Robert K. | 1 | 0 | 0 | 0 | 0 |
| **SUBTOTAL** | 3 | 1 | 0 | 0 | 0 |
| **DISTRICT JUDGES** | | | | | |
| Sanders, Barefoot | 1 | 0 | 0 | 0 | 0 |
| Robinson, Mary Lou | 0 | 0 | 0 | 0 | 0 |
| Ward, T. John (VJ) | 0 | 0 | 0 | 0 | 0 |
| Buchmeyer, Jerry | 8 | 2 | 0 | 0 | 0 |
| Fish, A. Joe (CJ) | 0 | 0 | 0 | 0 | 0 |
| Maloney, Robert B. | 2 | 5 | 0 | 0 | 0 |
| Fitzwater, Sidney A. | 1 | 4 | 0 | 0 | 0 |
| Cummings, Samuel Ray | 0 | 0 | 0 | 0 | 0 |
| McBryde, John H. | 0 | 0 | 0 | 0 | 0 |
| Solis, Jorge A. | 3 | 1 | 0 | 0 | 0 |
| Means, Terry | 2 | 2 | 0 | 0 | 0 |
| Lindsay, Sam A. | 2 | 0 | 0 | 0 | 0 |
| Thrash, Thomas W., Jr. (VJ) | 0 | 0 | 0 | 0 | 0 |
| Lynn, Barbara M. G. | 3 | 1 | 0 | 0 | 0 |
| Godbey, David C. | 3 | 0 | 0 | 0 | 0 |
| Kinkeade, James Edgar | 1 | 0 | 1 | 0 | 0 |
| Boyle, Jane J. | 0 | 0 | 0 | 4 | 0 |
| **SUBTOTAL** | 26 | 15 | 1 | 4 | 0 |
| **DISTRICT TOTAL** | 29 | 16 | 1 | 4 | 0 |
| **TEXAS EASTERN** | | | | | |
| **MAGISTRATE JUDGES** | | | | | |
| McKee, Harry W. | 1 | 0 | 0 | 0 | 0 |
| Hines, Earl S | 0 | 0 | 0 | 0 | 0 |
| Guthrie, Judith K. | 0 | 0 | 0 | 0 | 0 |
| Craven, Carolyn M. | 0 | 0 | 0 | 0 | 0 |
| Bush, Don D. | 0 | 0 | 0 | 0 | 0 |
| Giblin, Keith F. | 0 | 0 | 0 | 0 | 0 |
| **SUBTOTAL** | 1 | 0 | 0 | 0 | 0 |

(CJ) = Chief Judge
(VJ) = Visiting Judge

31