UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Virbac Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-01128-RMU |
| v. | : | |
| | : | |
| Chanelle Pharmaceuticals | : | |
| Manufacturing Limited, et al. | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO EXTEND TIME IN WHICH TO RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Chanelle Pharmaceuticals Manufacturing Limited, by and through its undersigned counsel, hereby files this Consent Motion and requests that the Court enter an Order providing it with an extension of time in which to respond the plaintiff's amended complaint until November 7, 2005. As grounds for this motion, the defendants state as follows:

1. That Chanelle's counsel waived formal service of process and accepted service of Virbac's original Summons and Complaint, on August 24, 2005;

2. That, pursuant to the Federal Rules of Civil Procedure, as citizens of a foreign country (and as a result of having waived formal service of process), Chanelle had sixty (60) days, or until October 24, 2005, in which to answer, move, or otherwise respond to the Complaint;

3. That, prior to October 24, 2005, Virbac requested that Chanelle consent to Virbac's filing of a First Amended Complaint;

4. That Chanelle consented to the same, and Virbac filed its First Amended Complaint on October 18, 2005; and

5.	That Virbac and Chanelle have agreed that Chanelle shall now have until November 7, 2005, in which to answer, move, or otherwise respond to the First Amended Complaint.  Counsel for the remaining defendant has been contacted and stated that they do not oppose the requested extension.

Dated:  October 20, 2005

Respectfully submitted,


_____
L. Barrett Boss, D.C. Bar No. 398100
Cozen O'Connor
1667 K Street, NW
Suite 500
Washington, DC 20006
202 912 4800
202 912 4830 Facsimile

Counsel for defendant Chanelle Pharmaceuticals Manufacturing Limited


**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2005, a true and correct copy of the Consent Motion was served via the electronic filing service upon all counsel of record.

_____
L. Barrett Boss