UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Virbac Corporation, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No.: 1:05-cv-01128-RMU |
| v. | : |
| | : |
| Chanelle Pharmaceuticals | : |
| Manufacturing Limited, et al. | : |
| | : |
| Defendants. | : |

**ORDER**

This matter having come before the Court on the consent motion of defendant Chanelle Pharmaceuticals Manufacturing Limited for an extension of time in which to respond to the plaintiff's First Amended Complaint. It is hereby **ORDERED** as follows:

1.   Chanelle shall have until November 7, 2005 to answer or otherwise respond to the plaintiff's First Amended Complaint.

Entered this ___ day of October, 2005.


_____
RICARDO M. URBINA
United States District Judge


Copies to:

Richard D. Horn, Esquire
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC  20006

L. Barrett Boss, Esquire
COZEN O'CONNOR
1667 K Street, N.W., Suite 500
Washington, DC  20006

John C. Barnoski, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103

Timothy G. Bass, Esquire
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, Suite 500
Washington, DC  20006

Todd L. Schleifstein, Esquire
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, NJ  07932