

4249-105 Piedmont Parkway
Greensboro, NC 27410
Office: 336-834-6500
Fax: 336-834-6502

September 11, 2001

Mr. Thomas Bell
President and Chief Executive Officer
Virbac Corporation
3200 Meacham Blvd.
Fort Worth, TX 76137

Dear Tom:

This letter reflects our understanding that Virbac Corporation ("VBAC") consents to the disclosure by Blue Ridge Pharmaceuticals, Inc. ("BRP") to Chanelle Pharmaceuticals Manufacturing Ltd. of the terms of the Development and Distribution agreement dated as of December 22, 1999, between BRP and VBAC.

Please sign this letter in the space provided below to indicate your agreement with the foregoing.

Kind regards,

Steve Capps

AGREED AND ACCEPTED:

By: _____
Name: Thomas L. Bell
Title: President & CEO