**EXHIBIT A**

Search - Terms and Connectors                                                                                                   Page 1 of 1



## No Documents Found!

No documents were found for your search terms
"virbac or vir bac"



Click "Save this search as an Alert" to schedule your search to run in the future.

- OR -

Click "Edit Search" to return to the search form and modify your search.

Suggestions:

- Check for spelling errors.
- Remove some search terms.
- Use more common search terms, such as those listed in "Suggested Words and Concepts"
- Use a less restrictive date range.

[Save this Search as an Alert]   [Edit Search]

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.