UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION<br>3200 Meacham Boulevard<br>Ft. Worth, TX 76137<br><br>     Plaintiff,<br><br>   v.<br><br>CHANELLE PHARMACEUTICALS<br>MANUFACTURING LTD.<br>Athenry Road, Loughrea<br>Co. Galway, Ireland, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 05-01128 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT BRIAN J. URBAN *PRO HAC VICE*** 

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of Brian J. Urban to represent Defendant Chanelle Pharmaceuticals Manufacturing Ltd. as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of Brian J. Urban incorporated herein by reference.

                Respectfully submitted,

                _____/s/_____
                L. BARRETT BOSS
                Bar No. 398100
                Cozen O'Connor
                1667 K Street, NW, Suite 500
                Washington, DC 20006
                (202) 912-4800
                (202) 912-4830 (Facsimile)
Date: November 2, 2005        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2005, a true and correct copy of the Motion and Incorporated Memorandum to Admit Brian J. Urban *Pro Hac Vice* was served via the electronic filing service upon:

Richard D. Horn, Esquire
Bracewell & Giuliani LLP
2000 K Street, NW Suite 500
Washington, D.C. 20006

Timothy C. Bass, Esquire
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
* With a courtesy copy sent by e-mail to Eric Aronson, Esquire

                                    /s/
                               L. BARRETT BOSS