UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRBAC CORPORATION )
3200 Meacham Boulevard )
Ft. Worth, TX 76137 )
 )
      Plaintiff, )  **CIVIL ACTION NO. 05-01128 (RMU)**
 )
    v. )
 )
CHANELLE PHARMACEUTICALS )
MANUFACTURING LTD. )
Athenry Road, Loughrea )
Co. Galway, Ireland, et al. )
 )
      Defendants. )

## STATEMENT OF BRIAN J. URBAN

I, Brian J. Urban, through local counsel and pursuant to District Court Local Rule 83.2(d), moves for admission *pro hac vice*. In support of this Motion, counsel offers the following:

1. Full Name: Brian Joseph Urban

2. Office address and telephone:

  Cozen O'Connor
  1900 Market Street
  Philadelphia, PA 19103
  Telephone: (215) 665-7277 (direct)
  Fax: (215) 701-2377 (direct)

3. Bar Admission: Pennsylvania and New Jersey. In addition, I have been admitted to the bars of the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern and Middle Districts of Pennsylvania, and the United States District Court for the District of New Jersey.

4. Discipline: I have not been disciplined by any bar.

5. Prior Admission *Pro Hac Vice* to this Court within last 2 years: 0

6. I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

_____
Brian J. Urban
Cozen O'Connor
1900 Market Street, 6th Floor
Philadelphia, PA 19103
p 215-665-7277
f 215-701-2377
burban@cozen.com

Dated: November __, 2005