**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Virbac Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-01128-RMU |
| v. | : | |
| | : | |
| Chanelle Pharmaceuticals | : | |
| Manufacturing Limited, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of

Brian J. Urban.  The Motion is GRANTED, and it is hereby

ORDERED that Mr. Urban is admitted *pro hac vice* to represent Defendant Chanelle

Pharmaceuticals Manufacturing Ltd. in the above captioned litigation.


Dated: _____        _____
                                   The Honorable Ricardo M. Urbina
                                   United States District Judge


Copies to:
All Counsel of Record via Electronic Filing