# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRBAC CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:05-CV-01128 (RMU) |
| v. | : | |
| | : | |
| CHANELLE PHARMACEUTICALS | : | |
| MANUFACTURING LIMITED, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of defendants Chanelle Pharmaceuticals Manufacturing Ltd.'s ("Chanelle") Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, Plaintiff's Opposition thereto, Chanelle's Reply, and the arguments of counsel; and good cause having been shown; it is hereby **ORDERED** that:

1.  Chanelle's Motion is **GRANTED**; and

2.  Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED** as to Chanelle for lack of personal jurisdiction.

Entered this ____ day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRBAC CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:05-CV-01128 (RMU) |
| v. | : | |
| | : | |
| CHANELLE PHARMACEUTICALS | : | |
| MANUFACTURING LIMITED, et al. | : | |
| | : | |
| Defendants. | : | |

# ORDER

Upon consideration of defendant Chanelle Pharmaceuticals Manufacturing Ltd.'s ("Chanelle") Motion to Dismiss the First Amended Complaint for Improper Venue, Plaintiff's Opposition thereto, Chanelle's Reply, and the arguments of counsel; and good cause having been shown; it is hereby **ORDERED** that:

1. Chanelle's Motion is **GRANTED**; and

2. Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED** as to Chanelle for improper venue.

Entered this ____ day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIRBAC CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:05-CV-01128 (RMU) |
| v. | : | |
| | : | |
| CHANELLE PHARMACEUTICALS | : | |
| MANUFACTURING LIMITED, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of Defendants Chanelle Pharmaceuticals Manufacturing Ltd.'s ("Chanelle") Motion to Transfer, Plaintiff's Opposition thereto, Chanelle's Reply, and the arguments of counsel; and good cause having been shown; it is hereby **ORDERED** that:

1. Chanelle's Motion is **GRANTED**; and

2. Pursuant to Rule 28 U.S.C. § 1406(a) of the Federal Rules of Civil Procedure, this action is hereby **TRANSFERRED** to the United States District Court for the District of New Jersey.

Entered this ____ day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRBAC CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:05-CV-01128 (RMU) |
| v. | : | |
| | : | |
| CHANELLE PHARMACEUTICALS | : | |
| MANUFACTURING LIMITED, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Defendants Chanelle Pharmaceuticals Manufacturing Ltd.'s ("Chanelle") Motion to Dismiss Counts I, II, III, VI, VIII, and IX of the First Amended Complaint, For Failure to State a Claim Upon Which Relief can be Granted, Plaintiff's Opposition thereto, Chanelle's Reply, and the arguments of counsel; and good cause having been shown; it is hereby **ORDERED** that:

 1. Chanelle's Motion is **GRANTED**; and

 2. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Counts I, II, III, VI, VIII, and IX of the First Amended Complaint are **DISMISSED** as to Chanelle, with prejudice.

Entered this ____day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge.