IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRBAC CORPORATION, :
:
Plaintiff, :
:
v. : CASE No.: 1:05-CV-01128 (RMU)
:
CHANELLE PHARMACEUTICALS :
MANUFACTURING LIMITED, et al. :
:
Defendants. :

**DECLARATION OF JOHN C. BARNOSKI, ESQ. IN SUPPORT OF DEFENDANT CHANELLE PHARMACEUTICALS MANUFACTURING LIMITED'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF VIRBAC CORPORATION FOR LACK OF PERSONAL JURISDICTION, FOR IMPROPER VENUE, OR, ALTERNATIVELY, TO TRANSFER VENUE, AND TO DISMISS COUNTS I, II, III, VI, VIII, AND IX FOR FALUTURE TO STATE A CLAIM <u>UPON WHICH RELIEF CAN BE GRANTED</u>**

JOHN C. BARNOSKI, ESQ. declares, pursuant to 28 U.S.C. § 1746(2), as follows:

1. I am a Member of Cozen O'Connor, counsel of record for defendant Chanelle Pharmaceuticals Manufacturing Limited ("Chanelle"), in the above-captioned matter.

2. I submit this Declaration in support of Chanelle's Motion to Dismiss the First Amended Complaint of plaintiff Virbac Corporation.

3. Attached to this Declaration as Exhibit A is the Declaration of Michael H. Burke, Managing Director of Chanelle.

4. Attached to this Declaration as Exhibit B is a true and correct copy of a Complaint from an action pending in the District Court for the District of New Jersey, captioned as *The Hartz Mountain Corporation v. Chanelle Pharmaceuticals Manufacturing Limited*, No. 05-2488 (William J. Martini, U.S.D.J.) (the "New Jersey Action").

5. Attached to this Declaration as Exhibit C is a true and correct copy of the Answer filed by Chanelle in the New Jersey Action.

6.  Attached to this Declaration as Exhibit D is a true and correct copy of an Order entered in the New Jersey Action by the Honorable Ronald J. Hedges, U.S.M.J.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of November, 2005.

_____
JOHN C. BARNOSKI, ESQ.