# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HARTZ MOUNTAIN CORPORATION, | C.A. No.: 2:05-cv-02488-WJM-RJH |
| Plaintiff, | |
| v. | RECEIVED |
| CHANELLE PHARMACEUTICALS MANUFACTURING LIMITED, | OCT 1 4 2005 |
| Order on Defendant. |  |

## STIPULATION OF THE PARTIES REGARDING DEFENDANT'S ANSWER TO THE COMPLAINT

Plaintiff The Hartz Mountain Corporation ("Hartz"), and defendant Chanelle Pharmaceuticals Manufacturing Limited ("Chanelle"), by and through their undersigned counsel, hereby stipulate as follows:

1. Chanelle requests, and Hartz consents to, a one-week extension of the deadline in which Chanelle must file an Answer to the Complaint on account of the unavailability of Chanelle's attorneys, such that its Answer is now due on Wednesday, October 19, 2005.

2. The parties previously conferred and agreed, following the withdraw of Chanelle's Motion to Dismiss the Complaint, that Chanelle shall file its Answer to the Complaint on or before Tuesday, October 11, 2005. The Court approved the parties' stipulation. However, a further extension of one week is required in order to finalize and file Chanelle's Answer.

WHEREFORE, the parties stipulate and agree that Chanelle's Answer to the Complaint must be filed on or before October 19, 2005, and respectfully request the Court to approve same.

(3) Rule 16 initial conference before undersigned at 3:30 PM on November 9, 2005.

**IT IS SO STIPULATED.**

GREENBERG TRAURIG, LLP

By: /s/ Eric S. Aronson
Eric S. Aronson, Esq.
200 Campus Drive
P.O. Box 677
Florham Park, NJ 07932-0677
Attorneys for Plaintiff
The Hartz Mountain Corporation

COZEN O'CONNOR

By: /s/ Brian J. Urban
Brian J. Urban, Esq.
John C. Barnoski, Esq.
457 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Attorneys for Defendant
Chanelle Pharmaceuticals
Manufacturing Limited

**IT IS SO ORDERED.**

_____
HONORABLE WILLIAM J. MARTINI, U.S.D.J.
Ronald J. Hedges USMJ

2