IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV01128 (RMU) |
| | ) |
| CHANELLE PHARMACEUTICALS | ) |
| MANUFACTURING LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED MOTION TO DISMISS COUNTS I, II AND III
OF FIRST AMENDED COMPLAINT AND TO TRANSFER VENUE**

Plaintiff Virbac Corporation ("Virbac"), defendant Chanelle Pharmaceuticals Manufacturing Limited ("Chanelle") and defendant The Hartz Mountain Corporation ("Hartz"), by and through counsel, hereby jointly move this Court to dismiss Counts I, II and III of the First Amended Complaint with prejudice. Virbac, Chanelle and Hartz further jointly move this Court, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the District of New Jersey, where the parties intend to seek to consolidate this action with an action styled *Hartz Mountain Corp. v. Chanelle Pharm. Mfg. Ltd.*, Civ. Act. No. 05-2488 (WJM) (RJH), which involves the same parties and is based on the same set of operative facts. A proposed Stipulated Order is attached hereto, which Virbac, Chanelle and Hartz jointly request be entered by the Court.

Dated: November 18, 2005

Respectfully submitted,

_/s/_ *(for Rick Horn with permission)*

---
Timothy C. Bass (D.C. Bar No. 457109)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 331-3100
Fax: (202) 331-3101

*Counsel for Defendant*
  *The Hartz Mountain Corporation*

---
Richard D. Horn (D.C. Bar No. 425945)
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 828-5800
Fax: (202) 223-1225

*Counsel for Plaintiff*

_/s/_ *(for Barrett Boss with permission)*

---
L. Barrett Boss (D.C. Bar No. 398100)
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 912-4800
Fax: (202) 912-4830

*Counsel for Defendant*
  *Chanelle Pharmaceuticals Manufacturing Limited*

2