IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRBAC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01128 (RMU) |
| ) | |
| CHANELLE PHARMACEUTICALS ) | |
| MANUFACTURING LTD., *et al.*, ) | **STIPULATED ORDER** |
| ) | |
| Defendants. ) | |

This matter came before the Court on the Stipulated Motion of Plaintiff Virbac Corporation ("Virbac"), defendant Chanelle Pharmaceuticals Manufacturing Limited ("Chanelle") and defendant The Hartz Mountain Corporation ("Hartz"). Upon agreement of the parties, it is hereby **ORDERED** as follows:

1. Count I (Violation of Section 43(a)(1)(A) of the Lanham Act), Count II (Violation of Section 43(a)(1)(B) of the Lanham Act), and Count III (Violation of Section 2 of the Sherman Act) of the First Amended Complaint are dismissed with prejudice, with each party to bear its own costs with respect to such dismissal.

2. The dismissal of the claims set forth in paragraph 1 does not deprive this Court of subject matter jurisdiction over this action, as complete diversity of citizenship exists among Virbac, Chanelle and Hartz pursuant to 28 U.S.C. § 1332(a)(3).

3. Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the District of New Jersey, where the parties intend to seek to consolidate it with an action styled *Hartz Mountain Corp. v. Chanelle Pharm. Mfg. Ltd.*, Civ. Act. No. 05-2488 (WJM) (RJH), which involves the same parties and is based upon the same set of operative facts.

    4. Virbac shall serve and file, in the United States District Court for the District of New Jersey, a Second Amended Complaint on Chanelle and Hartz by no later than December 9, 2005. Any subsequent amendments to the Complaint shall require leave of Court.

    ENTERED this \_\_\_\_\_ day of November, 2005.

                                                 _____
                                                 RICARDO M. URBINA
                                                 United States District Judge

Copies to:

Richard D. Horn, Esq.
BRACEWELL & GUILIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006

L. Barrett Boss, Esq.
COZEN O'CONNOR, PC
1667 K Street, N.W., Suite 500
Washington, D.C. 20006

John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103

Timothy C. Bass, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Ave., Suite 500
Washington, D.C. 20006

Eric S. Aronson
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, New Jersey 07932