UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| VIRBAC CORPORATION, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1128 (RMU) |
| | : | | |
| v. | : | Document No.: | 34 |
| | : | | |
| CHANELLE PHARMACEUTICALS, MANUFACTURING, LTD. *et al.,* | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE PARTIES' STIPULATED MOTION OF DISMISSAL OF COUNTS I, II, AND III OF THE PLAINTIFF'S COMPLAINT; TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

This matter comes before the court on the stipulated motion of the plaintiff, Virbac Corporation, and the defendants, Chanelle Pharmaceuticals Manufacturing Limited and The Hartz Mountain Corporation.  Upon agreement of the parties, it is this 21st day of November, 2005, hereby **ORDERED** as follows:

1.  Count I (Violation of Section 43(a)(1)(A) of the Lanham Act), Count II (Violation of Section 43(a)(1)(B) of the Lanham Act), and Count III (Violation of Section 2 of the Sherman Act) of the First Amended Complaint are dismissed with prejudice, with each party to bear its own costs with respect to such dismissal.

2.  Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the District of New Jersey, where the parties intend to seek to consolidate it with an action styled *Hartz Mountain Corp. v. Chanelle Pharm. Mfg. Ltd.,* Civ. Act. No. 05-2488 (WJM) (RJH).

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge